ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN EDWARDS, | Case No. CV 08-08181 GAF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| F.B. HAWS, WARDEN, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: December 9, 2008

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY